# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| CHARLES LAW, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:16-cv-1070 |
| § | |
| MEDICREDIT, INC., § | |
| § | |
| Defendant. § | |

## DEFENDANT MEDICREDIT, INC.'S NOTICE OF REMOVAL

Defendant Medicredit, Inc. ("Medicredit" or "Defendant") hereby files its Notice of Removal of the above-captioned case to this Court and, and in support of removal, respectfully states as follows:

1. Medicredit is named as a defendant in Civil Action No. 2016-006642-3, filed in County Court at Law No. 3 of Tarrant County, Texas, styled *Charles Law v. Medicredit, Inc.* (the "State Court Action").

2. The Petition in the State Court Action was filed with the Clerk of the State Court on or about November 4, 2016. In the State Court Action, Plaintiff alleges that Defendant violated a federal statute, the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et. seq*. ("FDCPA").

3. Any civil action is removable if the plaintiff could have originally brought the action in federal court. *See* 28 U.S.C. § 1441(a).

4. Under 28 U.S.C. § 1331, this Court has original federal question jurisdiction over Plaintiff's FDCPA claim.

5. Accordingly, pursuant to 28 U.S.C. § 1441(a), Defendant has the right to remove the State Court Action to this Court, without regard to the citizenship or residency of the parties or the amount in controversy.

6. Defendant was formally served with the Summons and Petition on November 14, 2016. This removal is therefore timely pursuant to 28 U.S.C. § 1446(b).

7. Pursuant to Local Rule 81.1, attached hereto as **Exhibit A** is the Register of Actions from the State Court Action. Attached hereto as **Exhibit B** is an index of documents filed in the State Court Action, along with copies of the documents filed in the State Court Action. Defendant's Certificate of Interested Persons will be filed separately and, in addition, is attached hereto as **Exhibit C**. A copy of this Notice of Removal is also being filed with the Clerk of the State Court in which the State Court Action was filed.

8. By this Notice of Removal, Defendant does not waive any defense, jurisdictional or otherwise, which it may possess. Defendant also does not concede that Plaintiff has stated a claim against it.

WHEREFORE, in accordance with the authorities set forth above, Defendant hereby removes this action from County Court at Law No. 3 for Tarrant County, Texas, to the United States District Court for the Northern District of Texas.

Dated this 21st day of November, 2016.

Respectfully submitted,

*/s/ Jeremy W. Hays*
JEREMY W. HAYS
Texas Bar No. 24083156
jeremy.hays@ogletreedeakins.com

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
8117 Preston Road, Suite 500
Dallas, Texas 75225
Telephone: (214) 987-3800
Facsimile: (214) 987-3927

**ATTORNEYS FOR DEFENDANT MEDICREDIT, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the United States District Court for the Northern District of Texas, Fort Worth Division, this 21st day of November, 2016, with a true copy mailed, first class postage prepaid, to:

Gabriel Meyrat
P.O. Box 570396
Dallas, TX 75357
Phone: 214-403-5928

*/s/ Jeremy W. Hays*
Jeremy W. Hays